1 BRYAN CAVE LLP
Sean K. McElenney
2 Nevada State Bar No. 9122
Two North Central Avenue, Suite 2100
3 Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
4 Fax: (602) 364-7070
E-Mail: skmcelenney@bryancave.com
5

6 BROWNSTEIN HYATT FARBER SCHRECK
Arthur A. Zorio
7 Nevada State Bar No. 6547
5371 Kietzke Lane
8 Reno, Nevada 89511
Telephone: (775) 398-3812
9 Fax: (775) 333-8175

10 Attorneys for Defendant Ocwen Loan Servicing, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| Kathy A. Lefrancis, | No. 2:17-cv-02780-GMN-CWH |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT OCWEN LOAN SERVICING, LLC TO RESPOND TO COMPLAINT** |
| vs. | |
| Experian Information Solutions, Inc., Capital One Bank (USA) N.A., Ditech Financial LLC, Ocwen Loan Servicing, LLC, and Specialized Loan Servicing, LLC, | |
| Defendants. | |

Pursuant to Local Rules IA 6-1 and 6-2, Plaintiff Kathy A. Lefrancis and Defendant Ocwen Loan Servicing, LLC, hereby stipulate to extend the deadline for Defendant to respond to the Complaint to January 12, 2018. Defendant requested this extension to which Plaintiff is unopposed. The parties agree to this extension in good faith to allow Defendant additional time to evaluate the facts of the case prior to responding to the Complaint and for the parties to explore whether an early resolution is possible.

962421.1\2387022

RESPECTFULLY SUBMITTED this 19th day of December, 2017.

BRYAN CAVE LLP

By */s/ Sean K. McElenney*
Sean K. McElenney
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406

BROWNSTEIN HYATT FARBER SCHRECK

Arthur R. Zorio, Esq.
5371 Kietzke Lane
Reno, Nevada 89511

Attorneys for Ocwen Loan Servicing, LLC.

KNEPPER & CLARK LLC

By   *Mathew I. Knepper (w/permission)*
Mathew I. Knepper
Miles N. Clark
10040 W. Cheyenne Avenue, Suite 170-109
Las Vegas, NV 89129

HAINES & KRIEGER, LLC
David H. Krieger, Esq.
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123

Attorneys for Plaintiff

IT IS SO ORDERED.

DATED: December 21, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

962418/2387022

2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

David H. Krieger, Esq.
HAINES & KREIGER, LLC
8985 S. Eastern Avenue., Ste. 350
Henderson, NV 89123
Attorneys for Plaintiff
dkrieger@hainesandkrieger.com

Matthew I. Knepper, Esq.
Miles N. Clark, Esq.
KNEPPER & CLARK LLC
10040 W. Cheyenne Avenue, Suite 170-109
Las Vegas, NV 89129
matthew.knepper@knepperclark.com
miles.clark@knepperclark.com

*s/Cristina Daniels*