Michael W. Stoltzman Jr., Bar No. 14282
mstoltzman@theryanfirm.com
THE RYAN FIRM
A Professional Corporation
140 Deerfield Road
Dayton, NV 89403
Telephone (949) 263-1800; Fax (949) 872-2211

Attorneys for Defendant Specialized Loan Servicing LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATHY A. LEFRANCIS, | CASE NO.: 2:17-cv-02780-GMN-CWH |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND TIME FOR DEFENDANT SPECIALIZED LOAN SERVICING LLC TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| EXPERIAN INFORMATION SOLUTIONS, INC., CAPITAL ONE BANK (USA) N.A., DITECH FINANCIAL LLC, OCWEN LOAN SERVICING, LLC, AND SPECIALIZED LOAN SERVICING, LLC, | **[FIRST STIPULATED EXTENSION]** |
| | Trial Date: None set. |
| Defendants. | |

**PLEASE TAKE NOTICE** that, pursuant to Local Rules IA 6-1 and 6-2, Defendant Specialized Loan Servicing LLC ("SLS" or "Defendant") and Plaintiff Kathy A. Lefrancis ("Plaintiff") hereby stipulate to extend the deadline for Defendant to respond to Plaintiff's complaint to January 12, 2018. The parties agree to this extension in good faith to allow Defendant additional time to review and investigate Plaintiff's allegations prior to responding to the complaint and to allow the parties an opportunity to explore possible settlement options prior to incurring significant litigation expenses. This is the first stipulated extension of Defendant's deadline to respond to the complaint.

DATED: December 22, 2017  THE RYAN FIRM
A Professional Corporation

By: /s/ Michael W. Stoltzman, Jr.
MICHAEL W. STOLTZMAN JR.
Attorneys for Defendant Specialized Loan Servicing LLC

DATED: December 22, 2017  KNEPPER & CLARK LLC

By: /s/ Matthew I. Knepper
MATTHEW I. KNEPPER
Attorneys for Plaintiff Kathy A. Lefrancis

IT IS SO ORDERED.

DATED: January 9, 2018  _____
UNITED STATES MAGISTRATE JUDGE

Stipulation

# PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within action. I am employed by The Ryan Firm, A Professional Corporation, whose business address is: 30 Corporate Park, Suite 310, Irvine, CA 92606.

On January 5, 2018, I served the within document(s) described as: **STIPULATION TO EXTEND TIME FOR DEFENDANT SPECIALIZED LOAN SERVICING LLC TO RESPOND TO PLAINTIFF'S COMPLAINT** on the interested parties in this action:

☒ by transmitting via electronic mail the document(s) listed above to the email addresses provided by counsel.

☐ by placing ☐ the original ☐ true copy(ies) thereof enclosed in sealed envelope(s) ☐ addressed as follows: ☐ addressed as stated on the attached mailing list.

| Name & Address | Telephone / Fax / E-mail | Role |
| --- | --- | --- |
| Haines & Krieger, LLC<br>David Krieger<br>8985 S. Eastern Ave.,<br>Suite 350<br>Henderson, NV 89123 | Tel: (702) 880-5554<br>Fax: (702) 385-5518<br>Email:<br>dkrieger@hainesandkrieger.com | Attorney for Plaintiff<br>Kathy A. Lefrancis |
| Knepper & Clark LLC<br>Matthew Knepper<br>10040 W. Cheyenne<br>Ave., Suite 170-109<br>Las Vegas, NV 89129 | Tel: (702) 825-6060<br>Fax: (702) 447-8048<br>Email:<br>matthew.knepper@knepperclark.com | Attorney for Plaintiff<br>Kathy A. Lefrancis |

☒ **CM/ECF** (U.S. District Court, District of Nevada, Local Civil Rule LR IC 4-1.)—The NEF that is automatically generated by the Court's Electronic Filing System constitutes service of the filed document(s) on registered users. All parties who are not registered, if any, were served in the manner set forth above.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 5, 2018, at Irvine, California.

                                         /s/ Alena Ivanov
                                         ALENA IVANOV