BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2100
PHOENIX, ARIZONA 85004-4406
TELEPHONE: (602) 364-7000

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| Kathy A. Lefrancis, | No. 2:17-cv-02780-GMN-CWH |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION TO EXTEND TIME FOR DEFENDANT OCWEN LOAN SERVICING, LLC TO RESPOND TO COMPLAINT** |
| vs. | |
| Experian Information Solutions, Inc., Capital One Bank (USA) N.A., Ditech Financial LLC, Ocwen Loan Servicing, LLC, and Specialized Loan Servicing, LLC, | |
| Defendants. | |

Pursuant Defendant Ocwen Loan Servicing, LLC's motion and good cause appearing;

IT IS HEREBY ORDERED that Defendant Ocwen Loan Servicing, LLC shall have until January 31, 2018, to respond to Plaintiff's Complaint.

Dated: January 17, 2018

_____
UNITED STATES MAGISTRATE JUDGE

968495.1\2387022