BRYAN CAVE LLP
Sean K. McElenney
Nevada State Bar No. 9122
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Fax: (602) 364-7070
E-Mail: skmcelenney@bryancave.com

BROWNSTEIN HYATT FARBER SCHRECK
Arthur A. Zorio
Nevada State Bar No. 6547
5371 Kietzke Lane
Reno, Nevada 89511
Telephone: (775) 398-3812
Fax: (775) 333-8175

Attorneys for Defendant Ocwen Loan Servicing, LLC

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Kathy A. Lefrancis,<br><br>    Plaintiff,<br><br>vs.<br><br>Experian Information Solutions, Inc., Capital One Bank (USA) N.A., Ditech Financial LLC, Ocwen Loan Servicing, LLC, and Specialized Loan Servicing, LLC,<br><br>    Defendants. | No. 2:17-cv-02780-GMN-CWH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT OCWEN LOAN SERVICING, LLC'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT** |

Pursuant to Defendant Ocwen Loan Servicing, LLC's Motion for Extension of Time to Respond to Plaintiff's Amended Complaint and for good cause appearing:

IT IS HEREBY ORDERED that Defendant Ocwen Loan Servicing, LLC shall have through and including February 22, 2018 to respond to Plaintiff's Amended Complaint.

Dated: February 12, 2018

_____
UNITED STATES MAGISTRATE JUDGE

970228.1\2387022