Michael W. Stoltzman Jr., Bar No. 14282
mstoltzman@theryanfirm.com
THE RYAN FIRM
A Professional Corporation
140 Deerfield Road
Dayton, NV 89403
Telephone (949) 263-1800; Fax (949) 872-2211

Attorneys for Defendant Specialized Loan Servicing LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KATHY A. LEFRANCIS,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., CAPITAL ONE BANK (USA) N.A., DITECH FINANCIAL LLC, OCWEN LOAN SERVICING, LLC, AND SPECIALIZED LOAN SERVICING, LLC,<br><br>Defendants. | CASE NO.: 2:17-cv-02780-GMN-CWH<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT SPECIALIZED LOAN SERVICING LLC TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**[FIRST STIPULATED EXTENSION RE: FIRST AMENDED COMPLAINT]**<br><br>Trial Date: None set. |

**PLEASE TAKE NOTICE** that, pursuant to Local Rules IA 6-1 and 6-2, Defendant Specialized Loan Servicing LLC ("SLS" or "Defendant") and Plaintiff Kathy A. Lefrancis ("Plaintiff") hereby stipulate to extend the deadline for Defendant to respond to Plaintiff's complaint to March 2, 2018. The parties agree to this extension in good faith to allow Defendant additional time to review and investigate Plaintiff's allegations prior to responding to the First Amended Complaint ("FAC") and to allow the parties an opportunity to explore possible settlement options prior to incurring significant litigation expenses. This is the first stipulated extension of Defendant's deadline to respond to the FAC.

DATED: February 12, 2018      THE RYAN FIRM
                              A Professional Corporation


                              By:   /s/ Michael W. Stoltzman, Jr.
                                 MICHAEL W. STOLTZMAN JR.
                                 Attorneys for Defendant Specialized
                                 Loan Servicing LLC


DATED: February 12, 2018      KNEPPER & CLARK LLC


                              By: /s/ Matthew I. Knepper
                                 MATTHEW I. KNEPPER
                                 Attorneys for Plaintiff Kathy A.
                                 Lefrancis


   IT IS SO ORDERED.


DATED: February 13, 2018      _____
                              UNITED STATES MAGISTRATE      JUDGE

2

Stipulation

# PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within action. I am employed by The Ryan Firm, A Professional Corporation, whose business address is: 30 Corporate Park, Suite 310, Irvine, CA 92606.

On February 12, 2018, I served the within document(s) described as: **STIPULATION TO EXTEND TIME FOR DEFENDANT SPECIALIZED LOAN SERVICING LLC TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT [FIRST STIPULATED EXTENSION RE: FIRST AMENDED COMPLAINT]** on the interested parties in this action:

☒ by transmitting via electronic mail the document(s) listed above to the email addresses provided by counsel.

☐ by placing ☐ the original ☐ true copy(ies) thereof enclosed in sealed envelope(s) ☐ addressed as follows: ☐ addressed as stated on the attached mailing list.

| Name & Address | Telephone / Fax / E-mail | Role |
|---|---|---|
| Haines & Krieger, LLC<br>David Krieger<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123 | Tel: (702) 880-5554<br>Fax: (702) 385-5518<br>Email: dkrieger@hainesandkrieger.com | Attorney for Plaintiff Kathy A. Lefrancis |
| Knepper & Clark LLC<br>Matthew Knepper<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129 | Tel: (702) 825-6060<br>Fax: (702) 447-8048<br>Email: matthew.knepper@knepperclark.com | Attorney for Plaintiff Kathy A. Lefrancis |
| Naylor & Braster<br>Andrew Sharples<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145 | Tel: (702) 420-7000<br>Fax: (702) 420-7001<br>Email: asharples@nblawnv.com | Attorney for Defendant Experian Information Solutions, Inc. |
| Brownstein Hyatt Farber Schreck, LLP<br>Arthur Zorio<br>5371 Kietzke Lane<br>Reno, NV 89511 | Tel: (775) 324-4100<br>Fax: (775) 333-8171<br>Email: RenoIDFilings@bhfs.com | Attorney for Defendant Ocwen Loan Servicing, LLC |
| Bryan Cave<br>Sean McElenney<br>Two North Central Ave., #2200<br>Phoenix, AZ 85004 | Tel: (620) 364-7379<br>Fax: (602) 716-8379<br>Email: skmcelenney@bryancave.com | Attorney for Defendant Ocwen Loan Servicing, LLC |

☒ **CM/ECF** (U.S. District Court, District of Nevada, Local Civil Rule LR IC 4-1.)—The NEF that is automatically generated by the Court's Electronic Filing System constitutes service of the filed document(s) on registered users. All parties who are not registered, if any, were served in the manner set forth above.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 12, 2018, at Irvine, California.

                                         /s/ Alena Ivanov
                                         ALENA IVANOV