Michael W. Stoltzman Jr., Bar No. 14282
mstoltzman@theryanfirm.com
THE RYAN FIRM
A Professional Corporation
140 Deerfield Road
Dayton, NV 89403
Telephone (949) 263-1800; Fax (949) 872-2211

Attorneys for Defendant Specialized Loan Servicing LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KATHY A. LEFRANCIS, | CASE NO.: 2:17-cv-02780-GMN-CWH |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND TIME FOR DEFENDANT SPECIALIZED LOAN SERVICING LLC TO RESPOND TO PLAINTIFF'S [SECOND] FIRST AMENDED COMPLAINT** |
| EXPERIAN INFORMATION SOLUTIONS, INC., CAPITAL ONE BANK (USA) N.A., DITECH FINANCIAL LLC, OCWEN LOAN SERVICING, LLC, AND SPECIALIZED LOAN SERVICING, LLC, | **[SECOND STIPULATED EXTENSION AS TO PLAINTIFF'S [SECOND] FIRST AMENDED COMPLAINT]** |
| Defendants. | Trial Date: None set. |

**PLEASE TAKE NOTICE** that, pursuant to Local Rules IA 6-1 and 6-2, Defendant Specialized Loan Servicing LLC ("SLS" or "Defendant") and Plaintiff Kathy A. Lefrancis ("Plaintiff") hereby stipulate to extend the deadline for Defendant to respond to Plaintiff's [Second] First Amended Complaint ("FAC") from April 10, 2018, to May 1, 2018. The parties agree to this extension in good faith as the parties have tentatively agreed to a possible resolution of this matter that would allow for the dismissal of this case and need additional time to explore and finalize this resolution. This is the second stipulated extension of Defendant's deadline to respond to the FAC.

DATED: April 9, 2018                THE RYAN FIRM
                                    A Professional Corporation


                                    By: /s/ Michael W. Stoltzman, Jr.
                                        MICHAEL W. STOLTZMAN JR.
                                        Attorneys for Defendant Specialized
                                        Loan Servicing LLC


DATED: April 9, 2018                KNEPPER & CLARK LLC


                                    By: /s/ Matthew I. Knepper
                                        MATTHEW I. KNEPPER
                                        Attorneys for Plaintiff Kathy A.
                                        Lefrancis


IT IS SO ORDERED.


DATED: April 10, 2018               _____
                                    UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within action. I am employed by The Ryan Firm, A Professional Corporation, whose business address is: 30 Corporate Park, Suite 310, Irvine, CA 92606.

On April 9, 2018, I served the within document(s) described as: **STIPULATION TO EXTEND TIME FOR DEFENDANT SPECIALIZED LOAN SERVICING LLC TO RESPOND TO PLAINTIFF'S [SECOND] FIRST AMENDED COMPLAINT [SECOND STIPULATED EXTENSION AS TO PLAINTIFF'S [SECOND] FIRST AMENDED COMPLAINT]** on the interested parties in this action:

☒ by transmitting via electronic mail the document(s) listed above to the email addresses provided by counsel.

☐ by placing ☐ the original ☐ true copy(ies) thereof enclosed in sealed envelope(s) ☐ addressed as follows: ☐ addressed as stated on the attached mailing list.

| Name & Address | Telephone / Fax / E-mail | Role |
| --- | --- | --- |
| Haines & Krieger, LLC<br>David Krieger<br>8985 S. Eastern Ave.,<br>Suite 350<br>Henderson, NV 89123 | Tel: (702) 880-5554<br>Fax: (702) 385-5518<br>Email:<br>dkrieger@hainesandkrieger.com | Attorney for Plaintiff<br>Kathy A. Lefrancis |
| Knepper & Clark LLC<br>Matthew Knepper<br>10040 W. Cheyenne<br>Ave., Suite 170-109<br>Las Vegas, NV 89129 | Tel: (702) 825-6060<br>Fax: (702) 447-8048<br>Email:<br>matthew.knepper@knepperclark.com | Attorney for Plaintiff<br>Kathy A. Lefrancis |
| Naylor & Braster<br>Andrew Sharples<br>1050 Indigo Drive,<br>Suite 200<br>Las Vegas, NV 89145 | Tel: (702) 420-7000<br>Fax: (702) 420-7001<br>Email: asharples@nblawnv.com | Attorney for Defendant Experian Information Solutions, Inc. |
| Brownstein Hyatt<br>Farber Schreck, LLP<br>Arthur Zorio<br>5371 Kietzke Lane<br>Reno, NV 89511 | Tel: (775) 324-4100<br>Fax: (775) 333-8171<br>Email: RenoIDFilings@bhfs.com | Attorney for Defendant Ocwen Loan Servicing, LLC |
| Bryan Cave<br>Sean McElenney<br>Two North Central Ave.,<br>#2200<br>Phoenix, AZ 85004 | Tel: (620) 364-7379<br>Fax: (602) 716-8379<br>Email:<br>skmcelenney@bryancave.com | Attorney for Defendant Ocwen Loan Servicing, LLC |

| | |
|---|---|
| 1 | ☒ **CM/ECF** (U.S. District Court, District of Nevada, Local Civil Rule LR IC 4-1.)—The NEF that is automatically generated by the Court's Electronic Filing System constitutes service of the filed document(s) on registered users. All parties who are not registered, if any, were served in the manner set forth above. |
| 2 | |
| 3 | ☒ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. |
| 4 | |
| 5 | Executed on April 9, 2018, at Irvine, California. |

                                          /s/ Alena Ivanov  
                                          ALENA IVANOV

**THE RYAN FIRM**  
A Professional Corporation

Proof of Service